# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-1985
Lower Tribunal No. 22-23691 SP

————————

**Armando Medina,**
Appellant,

vs.

**Edwin Galdamez,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Armando Medina, in proper person.

No appearance, for appellee.

Before LOGUE, C.J., and SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").